| | |
|---|---|
| **UNITED STATES COURT OF INTERNATIONAL TRADE** | **FORM 3** |

| | |
|---|---|
| MARK DAVID, A DIVISION OF BAKER, KNAPP & TUBBS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **S U M M O N S** <br><br> Case No.: 13-00233 |

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

L.S.

_____
Clerk of the Court

---

1.  <u>Name and Standing of Plaintiffs</u>

    Plaintiff Mark David, a division of Baker, Knapp & Tubbs, Inc., is an importer of subject merchandise. Plaintiff submitted factors of production information and a case brief in the Department of Commerce's administrative review of *Wooden Bedroom Furniture from the People's Republic of China*, and are therefore interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiff have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A).

2.  <u>Brief Description of Contested Determination</u>

    Plaintiff contests the final results of the International Trade Administration, U.S. Department of Commerce, in *Wooden Bedroom Furniture from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2011*, 78 Fed. Reg. 35,249 (June 12, 2013).

3.  <u>Date of Determination</u>

    June 5, 2013

4.  <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

    June 12, 2013 (78 Fed. Reg. 35,249)

 

Alexander H. Schaefer, Esq.
Hea Jin (Jini) Koh, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500
aschaefer@crowell.com
jkoh@crowell.com

*Counsel for Mark David, a division of Baker, Knapp & Tubbs, Inc.*

 

/s/ Alexander H. Schaefer
_____
Signature of Plaintiff's Attorney

6/25/2013
_____
Date

**SERVICE OF SUMMONS BY THE CLERK**

       This is an action described in 28 U.S.C. § 1581(c) commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2) or (3)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

                Attorney-in-Charge
                International Trade Field Office
                Commercial Litigation Branch
                U.S. Department of Justice
                26 Federal Plaza
                New York, New York 10278

                Civil Division
                Commercial Litigation Branch
                U.S. Department of Justice
                1100 L Street, N.W.
                Washington, D.C. 20005

                Office of the Chief Counsel
                 for Import Administration
                U.S. Department of Commerce
                14th & Constitution Avenue N.W.
                Washington, D.C. 20230